**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONY PIERRE, on behalf of himself
and those similarly situated,

                Plaintiff,

v.                                                Case No. 3:12-cv-343-J-34JBT

VENUS SATELLITE, INC., a Florida for
Profit Corporation,

                Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 48; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on October 11, 2013. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Motion for Default Final Judgment (Dkt. No. 47; Motion) be granted and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant in the amount of Thirty-Seven Thousand and Ten Dollars and No Cents. See Report at 21. Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

<u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 48) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Default Final Judgment (Dkt. No. 47) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff Rony Pierre and against Defendant Venus Satellite, Inc. in the amount of Thirty-Seven Thousand and Ten Dollars and No Cents ($37,010.00).

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of January, 2014.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Akhdiyar A. Ayupov, President
Venus Satellite, Inc.
6 Waves Place
Palm Coast, FL 32164

Venus Satellite, Inc.
160 Cypress Point Parkway
Suite A-201
Palm Coast, FL 32164